UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROY HICKMAN III,

    Plaintiff,                                    CASE NO. 8:11-CV-00167-EAK-MAP

v.

PORTFOLIO RECOVERY ASSOCIATES, INC.,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby dismisses, without prejudice, Defendant PORTFOLIO RECOVERY ASSOCIATES, INC. from the above styled action.

Dated: February 28, 2011                RESPECTFULLY SUBMITTED,

                                              By: /s/ James D. Pacitti
                                                 James Pacitti, Esquire
                                                 Krohn & Moss, Ltd
                                                 10474 Santa Monica Blvd., Suite 401
                                                 Los Angeles, CA 90025
                                                 Phone: (323) 988-2400 x230
                                                 Fax:   (866) 802-0021
                                                 jpacitti@consumerlawcenter.com
                                                 Attorney for Plaintiff
                                                 FBN: 119768

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document has been served February 28, 2011, upon counsel for Defendant through the court's ECF electronic filing system.

                                                         By: /s/ James D. Pacitti
                                                       James Pacitti, Esquire
                                                       Krohn & Moss, Ltd
                                                       10474 Santa Monica Blvd., Suite 401
                                                       Los Angeles, CA 90025
                                                       Phone:  (323) 988-2400 x230
                                                       Fax:    (866) 802-0021
                                                       jpacitti@consumerlawcenter.com
                                                       Attorney for Plaintiff
                                                       FBN: 119768