UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROY HICKMAN III,

    Plaintiff,                                        CASE NO.: 8:11-CV-00167-EAK-MAP

v.

PORTFOLIO RECOVERY ASSOCIATES, LLC,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, ROY HICKMAN III, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

                                RESPECTFULLY SUBMITTED,

                                By: /s/ Shireen Hormozdi
                                    Shireen Hormozdi
                                    Attorney for Plaintiff
                                    Krohn & Moss, Ltd
                                    10474 Santa Monica Blvd. Suite 401
                                    Los Angeles, CA 90025
                                    Tel: (323) 988-2400 x 267
                                    Fax: (888) 755-0945
                                         (866) 385-1408
                                    shormozdi@consumerlawcenter.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 21, 2011, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was electronically submitted to all parties of records by way of CM/ECF.

                                                By:  /s/  Shireen Hormozdi
                                                Shireen Hormozdi
                                                Attorney for Plaintiff