<div align="center">

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

</div>

ROY HICKMAN III,

    Plaintiff,                               CASE NO.: 8:11-CV-00167-EAK-MAP

v.

PORTFOLIO RECOVERY ASSOCIATES, LLC,

    Defendant.
_____/

<div align="center">

**STIPULATION OF DISMISSAL WITH PREJUDICE**

</div>

    Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, ROY HICKMAN III and Defendant, PORTFOLIO RECOVERY ASSOCIATES, LLC, stipulate, and the Court hereby orders, as follows:

    1.    The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, ROY HICKMAN III, against Defendant, PORTFOLIO RECOVERY ASSOCIATES, LLC, in the above-captioned proceeding are hereby dismissed, with prejudice, with each party to bear their own costs and fees pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

<div align="center">

&lt;signatures enclosed below&gt;

</div>

                                                       RESPECTFULLY SUBMITTED,

By: /s/ Shireen Hormozdi
    Shireen Hormozdi
    Attorney for Plaintiff
    Krohn & Moss, Ltd
    10474 Santa Monica Blvd. Suite 401
    Los Angeles, CA 90025
    Tel: (323) 988-2400 x 267
    Fax: (888) 755-0945
        (866) 385-1408
    shormozdi@consumerlawcenter.com

By: /s/ Racquel A. White
    Racquel A. White, Esq.
    FBN: 0392669
    Portfolio Recovery Associates, LLC
    140 Corporate Boulevard
    Norfolk, VA 23502
    Telephone: (888) 772-7326 ext. 18388
    Facsimile: (757) 518-0860
    Email: rawhite@portfoliorecovery.com
    Attorney for Defendant